***E-FILED - 12/9/08***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THOMAS MCCOY, | ) | No. C 08-4687 RMW (PR) |
| Petitioner, | ) ) | ORDER OF DISMISSAL WITHOUT PREJUDICE |
| v. | ) ) | |
| WARDEN B. CURRY, | ) ) | |
| Respondent. | ) ) | |

    Petitioner, a state prisoner proceeding pro se, filed the instant habeas corpus petition pursuant to 28 U.S.C. § 2254 on October 9, 2008. That same day, the court sent a notification to petitioner informing him that he failed to pay the filing fee and, alternatively, failed to file an application to proceed in forma pauperis. The court provided a copy of the correct in forma pauperis application, along with a return envelope, and a notification that the case would be dismissed if petitioner failed to pay the fee or file a completed application with supporting documentation within thirty days. No response has been received from petitioner.

    As petitioner has not filed a completed in forma pauperis application or paid the filing fee, this case is DISMISSED without prejudice.

    The clerk shall terminate any pending motions and close the file.

///

Order of Dismissal
P:\PRO-SE\SJ.Rmw\HC.08\McCoy687disifp.wpd      1

1 | IT IS SO ORDERED.
2 | DATED: __12/5/08_____        _Ronald M. Whyte_____
3 |                              RONALD M. WHYTE
                                 United States District Judge

Order of Dismissal
P:\PRO-SE\SJ.Rmw\HC.08\McCoy687disifp.wpd        2