***E-FILED - 12/9/08***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THOMAS MCCOY, | ) | No. C 08-4687 RMW (PR) |
| Petitioner, | ) ) | JUDGMENT |
| v. | ) ) | |
| WARDEN B. CURRY, | ) ) | |
| Respondent. | ) ) | |

The court has dismissed the instant petition for writ of habeas corpus without prejudice. A judgment of dismissal without prejudice is entered. The clerk shall close the file.

IT IS SO ORDERED.

DATED: 12/5/08

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Judgment
P:\PRO-SE\SJ.Rmw\HC.08\McCoy687jud.wpd          1