*E-FILED - 5/7/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS MCCOY, <br><br> Petitioner, <br><br> v. <br><br> WARDEN BEN CURRY, <br><br> Respondent. | Case No. C 08-4687 RMW (PR) <br><br> [~~PROPOSED~~] ORDER |

This Court considered Respondent's Request for an Extension of Time to Respond to Petition, and good cause appearing,

IT IS HEREBY ORDERED that Respondent's Request for an Extension of Time is GRANTED. Respondent shall respond to the petition by May 22, 2009. If Petitioner wishes to respond to the answer, he shall do so by filing a traverse with this Court and serving it on Respondent within 30 days of the date the answer is filed.

Dated: __5/7/09__

*Ronald M. Whyte*
The Honorable Ronald M. Whyte
United States District Court Judge

1

[~~Proposed~~] Order (C 08-4687 RMW (PR))