*E-FILED - 9/16/10*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THOMAS MCCOY, | ) | No. C 08-4687 RMW (PR) |
| | ) | |
| Petitioner, | ) | JUDGMENT |
| | ) | |
| v. | ) | |
| | ) | |
| WARDEN B. CURRY, | ) | |
| | ) | |
| Respondent. | ) | |

The petition for writ of habeas corpus is granted. Judgment is entered in favor of petitioner.

IT IS SO ORDERED.

Dated: 9/16/10

RONALD M. WHYTE
United States District Judge

Judgment
P:\pro-se\sj.rmw\hc.07\Urieta935jdgmt