1
2
3                                           *E-FILED - 9/28/10*
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9              FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
    THOMAS MCCOY,                    )        No. C 08-4687 RMW (PR)
11                                   )
             Petitioner,             )        AMENDED JUDGMENT
12                                   )
       v.                            )
13                                   )
    WARDEN B. CURRY,                 )
14                                   )
             Respondent.             )
15    _____)

16
          The petition for writ of habeas corpus is granted.  Within twenty (20) days of the date of
17
    this order, the California Board of Parole Hearings must calculate a term for petitioner and set an
18
    imminent date for his release in accordance with Section 3041(a) of the California Penal Code.
19
    Within ten (10) days of petitioner's release, respondent must file a notice with the court
20
    confirming the date on which petitioner was released.
21
          Judgment is entered in favor of petitioner.
22
          IT IS SO ORDERED.
23
    Dated:    9/28/10
24                                            RONALD M. WHYTE
                                              United States District Judge
25
26
27
28

    Amended Judgment
    P:\PRO-SE\SJ.Rmw\HC.08\McCoy687amjud.wpd

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Amended Judgment
P:\PRO-SE\SJ.Rmw\HC.08\McCoy687amjud.wpd     2