Vicki Marolt Buchanan.
State Bar No. 153318
19201 Sonoma Highway, No. 243
Sonoma, California 92660
Telephone: (707) 343-1907
Facsimile: (707) 343-1771
vickimaroltbuchananpc@gmail.com

Attorney for Petitioner
THOMAS MCCOY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS MCCOY | Case No.:  5:08-cv-04687-RMW |
| Petitioner, | [] ORDER APPOINTING COUNSEL |
| v. | |
| RANDY GROUNDS, Warden | |
| Respondent | |

FOR GOOD CAUSE SHOWN, appellate counsel of record for Thomas McCoy, Vicki Marolt Buchanan, is authorized under the Criminal Justice Act to continue representing Mr. McCoy in this court for proceedings in conjunction with the remand from the Ninth Circuit Court of Appeals.

IT IS FURTHER ORDERED Ms. Buchanan is authorized to travel for any necessary hearings.

IT IS SO ORDERED.

Dated: _____

RONALD M. WHYTE
United States District Judge

Presented by:  Vicki Marolt Buchanan