UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THOMAS MCCOY | ) | Case No.: 5:08-cv-04687-RMW |
| Petitioner, | ) ) | ORDER GRANTING LEAVE TO FILE POSITION ON REMAND |
| v. | ) ) | |
| RANDY GROUNDS, Warden | ) ) ) | |
| Respondent | ) ) | |

FOR GOOD CAUSE SHOWN, Petitioner's Motion for Leave to File Position on Remand is granted. Petitioner is ordered to file his Position on Remand, which the court construes as his opening brief, directly through ECF.

Respondent may file a responsive brief within 14 days of the date of this order. Petitioner may submit a reply within 7 days of the date the opposition, if any, is filed. Unless the court requires a hearing, the matter will be submitted on the papers.

IT IS SO ORDERED.

Dated: _____August 7, 2012_     _____*Ronald M. Whyte*_____
RONALD M. WHYTE
United States District Judge